UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/6/2021
```

| | |
|---|---|
| United States of America et al. *ex rel.* Doe,<br><br>Plaintiffs,<br><br>-against-<br><br>Horizon Therapeutics PLC et al.,<br><br>Defendants. | 20-cv-3207-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On March 22, 2021, the Court entered an Order requiring that the Complaint and Amended Complaint be unsealed in thirty days and authorizing service on the Defendants by Relator at that time.  On April 20, 2021, Relator moved to maintain the seal on this case for an unspecified period of time or, in the alternative, to modify the March 22 Order to only unseal the Amended Complaint. Relator advised the Court that it intended to voluntarily dismiss the Complaint without prejudice. (Mem. Law 2.)  On April 23, 2021, the Court denied Relator's motion but granted a sixty-day extension of the seal on this case to June 23, 2021.  On July 14, 2021, the Court entered an Order directing Relator to show cause on or before July 28, 2021, why the seal on this case should not be lifted.  To date, Relator has not responded to the Order to Show Cause, moved to extend further the seal on this case, or voluntarily dismissed this case.

Accordingly, IT IS HEREBY ORDERED that the following documents shall be unsealed:

- The Complaint;

- The Amended Complaint;

- The Court's Unsealing Order dated March 22, 2021;

- The Government's and the States' Notices of Election to Decline Intervention;

1

- Relator's motion to maintain the seal dated April 16, 2021, and papers submitted in support thereof;

- The Court's Order extending the deal dated April 23, 2021;

- The Government's letter dated April 30, 2021;

- The Court's Order to Show Cause dated July 14, 2021; and

- This Order.

IT IS FURTHER ORDERED that, except for the above-listed documents, all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants.  Upon the unsealing of the above-listed documents, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.


**SO ORDERED.**


**Date:  August 6, 2021**
            **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2