

+ **U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 19, 2021

## CASE UNDER SEAL

**BY E-MAIL DELIVERY**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States*, et al. ex rel. *Doe v. Horizon Therapeutics LLC*, et al.,
            No. 20 Civ. 3207 (MKV) (**Under Seal**)

Dear Judge Vyskocil:

    This Office represents the United States in the above-referenced *qui tam* action filed pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq*. I write respectfully to advise the Court that the United States has decided not to intervene in this action. Enclosed please find the Government's Notice of Election to Decline Intervention, as well as a proposed Order in connection with this Notice. I understand that the States named as co-plaintiffs in this case intend to submit their own notice indicating that they have also determined not to intervene in this action; to avoid the need for the Court to enter multiple redundant orders, the enclosed proposed Order reflects the interests of the States as well. We respectfully request that the Court sign the proposed Order and send both the Government's Notice and the Order to the Clerk of Court for filing.

    In the event the Court approves the proposed Order, we respectfully request that the Court provide this Office with a copy by email to: pierre.armand@usdoj.gov. We will then serve

a copy of the signed Order on counsel for the relator and coordinating counsel for the State plaintiffs.

We thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              United States Attorney

By:      *s/. Pierre G. Armand.*
        PIERRE G. ARMAND
        Assistant United States Attorney
        Telephone: (212) 637-2724

Encls.

cc:    (By E-mail)
        Robert Magnanini
        *Counsel for Relator*

        Kerry Muldowney Ascher
        Assistant Attorney General, State of Texas
        *Coordinating Counsel for State Plaintiffs*

---

The Court has entered the proposed Order submitted by the Government. The Government shall serve a copy of the signed Order on counsel for the relator and coordinating counsel for the state plaintiffs on or before March 26, 2021. SO ORDERED.

Date: 3/22/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2