UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America et al. *ex rel.* Doe,<br><br>Plaintiffs,<br><br>-against-<br><br>Horizon Therapeutics PLC et al.,<br><br>Defendants. | 20-cv-3207-MKV<br><br>ORDER EXTENDING SEAL<br><br>FILED UNDER SEAL |

MARY KAY VYSKOCIL, United States District Judge:

On March 22, 2021, the Court entered an Order requiring that the Complaint and Amended Complaint be unsealed in thirty days and authorizing service on the Defendants by Relator at that time. On April 20, 2021, Relator moved to maintain the seal on this case for an unspecified period of time or, in the alternative, to modify the March 22 Order to only unseal the Amended Complaint and not the original Complaint.

Relator's motion is DENIED. However, the Court GRANTS a sixty-day extension of the current seal on this case to June 23, 2021. Relator's motion and this Order will be kept under seal.

**SO ORDERED.**

Date: April 23, 2021
      New York, NY

MARY KAY VYSKOCIL
United States District Judge