

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 30, 2021

### CASE UNDER SEAL

**BY EMAIL**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *United States* ex rel. *Doe v. Horizon Therapeutics LLC,* et al.,No. 20 Civ. 3207 (MKV) (**Under Seal**)

Dear Judge Vyskocil:

      This Office represents the United States of America (the "Government") in the above-referenced *qui tam* action filed under seal pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq*. On March 19, 2021, the Government filed a Notice of Election to Decline Intervention. On or about April 16, 2021, Relator filed a Motion to Maintain the Seal in this action (the "Motion"). We write respectfully to advise the Court that the Government takes no position with respect to the Motion.

      Respectfully submitted,

      AUDREY STRAUSS

      United States Attorney for the
      Southern District of New York

By:    */s/ Pierre G. Armand*
      PIERRE G. ARMAND
      Assistant United States Attorney
      Telephone: (212) 637-2724

cc: Robert Magnanini
    *Counsel for Relator*

2