

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York  10007*

August 13, 2021

**CASE UNDER SEAL**

**BY ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY  10007

    Re:    *United States* ex rel. *Doe v. Horizon Therapeutics LLC,* et al.,
            No. 20 Civ. 3207 (MKV) (**Under Seal**)

Dear Judge Vyskocil:

    This Office represents the United States in the above-referenced *qui tam* action filed pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq*.

    I write respectfully pursuant to 31 U.S.C. § 3730(b) to advise the Court that the United States consents to the relator's voluntary dismissal of this action without prejudice to the United States, as we do not intend to pursue this matter at this time.

    We thank the Court for its consideration.

2

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:    ___s/ Pierre G. Armand___
PIERRE G. ARMAND
        Assistant United States Attorney
        Telephone: (212) 637-2724

cc:    (By E-mail)
       Robert Magnanini
       *Counsel for Relator*

       Kerry Muldowney Ascher
       Assistant Attorney General, State of Texas
       *Coordinating Counsel for State Plaintiffs*